**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

SACHIN KUMAR,                                        )
                                                     )
        Petitioner,                                  )
                                                     )
v.                                                   )    Case No. CIV-26-1084-G
                                                     )
MARKWAYNE MULLIN, Secretary,                         )
U.S. Department of Homeland Security,                )
in his official capacity, et al.,                    )
                                                     )
        Respondents.                                 )

## ORDER

Petitioner Sachin Kumar, appearing through counsel, initiated this habeas proceeding pursuant to 28 U.S.C. § 2241 on May 12, 2026. *See* Pet. (Doc. No. 1).

The record before the Court reflects that Petitioner has not paid the required filing fee of $5.00, or, alternatively, filed an application to proceed *in forma pauperis*. *See* LCvR 3.2, 3.3, 3.5.

IT IS THEREFORE ORDERED that, within seven (7) days of this Order, Petitioner shall pay the required filing fee of $5.00, or, alternatively, file an application to proceed *in forma pauperis*.

IT IS SO ORDERED this 5th day of June, 2026.

_____
CHARLES B. GOODWIN
United States District Judge